UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUNACHISO UKACHUKWU,<br><br>                      Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                      Respondent. | Case No. C24-006-LK-MLP<br><br>ORDER DIRECTING RESPONSE TO RESPONDENT'S MOTION TO DISMISS |

This is a federal habeas action filed under 28 U.S.C. § 2241. Respondent's motion to dismiss Petitioner's petition for writ of habeas corpus is currently pending before the Court and was noted on the Court's calendar for consideration on April 26, 2024. (*See* dkt. # 6.) On May 1, 2024, Petitioner's recently appointed counsel filed a notice of appearance in this matter. (*See* dkt. # 19.) Counsel has not yet had an opportunity to respond to Respondent's motion on Petitioner's behalf, and the Court deems it appropriate to grant him an opportunity to do so.

Accordingly, the Court hereby ORDERS as follows:

(1) Petitioner, through counsel, shall file a response to Respondent's motion to dismiss not later than ***May 13, 2024***.

ORDER DIRECTING RESPONSE TO
RESPONDENT'S MOTION TO DISMISS - 1

(2) Respondent's motion to dismiss (dkt. # 6) is RE-NOTED on the Court's calendar for consideration on **May 17, 2024**. Respondent may file a reply to Petitioner's response by that date.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Lauren King.

DATED this 2nd day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING RESPONSE TO
RESPONDENT'S MOTION TO DISMISS - 2